IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                          Case No. 1:14-cr-10007-001

WILL WILLIAMS a/k/a "Willie"                                                                DEFENDANT

## ORDER

Before the Court is the Motion to Dismiss Indictment filed by the United States of America. (ECF No. 20). The Defendant pled guilty to a concurrent Superseding Indictment in Case No. 1:14-cr-10006-002. According to the plea agreement in that case, the United States agreed to move to dismiss the Indictment in this case (1:14-cr-10007-001) if the Court accepted the plea agreement. The Defendant has changed his plea and is awaiting sentencing in the concurrent prosecution. Thus, the United States moves to dismiss the Indictment in the above-captioned matter.

Federal Rule of Criminal Procedure 48(a) permits "the government . . ., with leave of the court, [to] dismiss an indictment, information, or complaint." Accordingly, the Indictment and the forfeiture allegation of the Indictment filed on August 13, 2014 against Will Williams a/k/a "Willie" is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 28th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge